**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDONNA GILLESPIE, an individual.<br><br>   Plaintiff,<br><br>   vs.<br><br>CENTERRA SERVICES INTERNATIONAL, INC., a Delaware corporation; CONSTELLIS INTEGRATED RISK MANAGEMENT SERVICES, INC., a Delaware corporation; PERATON, INC., a Maryland corporation; VEANTEA BURNSIDE, an individual; and DOES 1-99, inclusive,<br><br>   Defendants. | CASE NO. 5:21-cv-02028-JGB-SHK<br>CASE NO. 5:21-cv-02037-JGB-SHK<br><br>**ORDER GRANTING STIPULATION TO:**<br><br>**(1)  CONSOLIDATE CASES;**<br><br>**(2)  CONTINUE DEADLINE FOR PLAINTIFF TO MOVE TO REMAND;**<br><br>**(3)  CONTINUE DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINT; AND**<br><br>**(4)  STAY ALL DISCOVERY PENDING OUTCOME OF MOTIONS.** |

ORDER

# ORDER

Having reviewed and considered the Stipulation to (1) Consolidate Cases, (2) Continue Deadline for Plaintiff to Move to Remand, (3) Continue Deadline for Defendants to Respond to the Complaint, and (4) Stay All Discovery Pending Outcome of Motions (the "Stipulation") filed by Plaintiff ELDONNA GILLESPIE ("Plaintiff") and Defendants CENTERRA SERVICES INTERNATIONAL, INC., CONSTELLIS INTEGRATED RISK MANAGEMENT SERVICES, INC. and PERATON INC. (collectively, "Defendants") (collectively, the "Parties"), and good cause appearing for the same, the Stipulation shall be and hereby is GRANTED as follows:

1. Case No. 5:21-cv-02037, now pending in this Court, is hereby consolidated with Case No. 5:21-cv-02028, and all further proceedings shall be taken and all documents shall be filed in Case No. 5:21-cv-02028.

2. The deadline for Defendants to serve and file any answers, motions, or other pleadings responsive to Plaintiff's Complaint, including but not limited to any motions under Rule 12 of the Federal Rules of Civil Procedure, shall be and hereby is extended to (a) twenty-one (21) days after the Court issues its decision on Plaintiff's Motion to Remand, or (b) if no Motion to Remand is filed, then to February 4, 2022, to give the Parties sufficient time to further meet and confer about any responsive motions pursuant to Local Rule 7-3 prior to the filing thereof.

3. Plaintiff will file any motion to remand this action to the San Bernardino County Superior Court (the "Motion to Remand") on or before January 21, 2022.

4. No Party shall serve any discovery until the Court issues its decision on Defendants' motions to dismiss the Complaint (if any are filed) or the Parties have conferred under Rule 26(f) of the Federal Rules of Civil Procedure, whichever is later.

5. By entering into the Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action, including, without limitations with respect to Defendants' defenses and challenges to Plaintiff's action.

**IT IS SO ORDERED.**

DATED: December 14, 2021

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE